SACKS, RICKETTS CASE LLP
Luanne Sacks (SBN 120811)
lsacks@srclaw.com
Michele Floyd (SBN 163031)
mfloyd@srclaw.com
Jacqueline E. Young (SNB 280374)
jyoung@srclaw.com
177 Post Street, Suite 650
San Francisco, CA 94018
Telephone: 415-549-0580
Facsimile: 415-415-549-0640

Attorneys for Defendants Sony Interactive
Entertainment LLC and Sony Interactive
Entertainment America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS THOMPSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC, a California Limited Liability Company; SONY INTERACTIVE ENTERTAINMENT AMERICA LLC, a California Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 3:17-CV-5051 EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING EXTENSION OF CASE MANAGEMENT DEADLINES AND EXTENSION OF DEFENDANTS SONY INTERACTIVE ENTERTAINMENT LLC'S AND SONY INTERACTIVE ENTERTAINMENT AMERICA LLC'S TIME TO RESPOND TO COMPLAINT**<br><br>[*N.D. Cal. L.R. 6-1(b) & 6-2*] |

Pursuant to Local Rules 6-1(b) and 6-2, IT IS HEREBY STIPULATED between and among Plaintiff Ross Thompson ("Plaintiff") and Defendants Sony Interactive Entertainment LLC and Sony Interactive Entertainment America LLC (collectively, "Defendants") as follows:

1. Defendant Sony Interactive Entertainment America LLC ("SIEA") was served with the corrected complaint in this action on September 8, 2017. Defendant Sony Interactive Entertainment LLC ("SIE") was served with the corrected complaint in this action on September 12, 2017.

2. On September 27, 2017, Plaintiff and Defendants filed a stipulation extending Defendants' time to respond to the corrected complaint to October 20, 2017. The Court entered an order on September 28, 2017 granting the stipulated extension. Dkts. 19, 22.

3. To allow time to discuss whether the action may be resolved, Plaintiff and Defendants filed a stipulation on October 12, 2017 extending Defendants' time to respond to the complaint until November 10, 2017. Dkt. 27.

4. The parties are still considering whether the action can be resolved. Accordingly, the parties have agreed to further extend the time within which both Defendants must respond to the Complaint up to and including December 8, 2017.

5. Under the current schedule, the initial Case Management Conference is set for December 14, 2017. The corresponding Joint Case Management Conference Statement is currently due on December 7, 2017.

6. In order to facilitate the parties' discussions, the parties have further agreed to request an eight-week extension of the pending case management deadlines.

7. The parties therefore stipulate to and respectfully request that the Court enter an order:

(1) Extending Defendants' deadline to respond to the Complaint up to and including December 8, 2017;

(2) Extending the hearing date for the initial Case Management Conference to a date convenient to the Court, occurring on or after February 8, 2017;

(3) Extending the deadline for the Joint Case Management Conference statement to a date

convenient to the Court, occurring on or after February 1, 2017.

8. Other than as described above, there have been no other previous time modifications in this action.

**IT IS SO STIPULATED.**

Dated: November 9, 2017         SACKS, RICKETTS & CASE LLP


                                By:/s/ Michele Floyd
                                    LUANNE SACKS
                                    MICHELE FLOYD

                                Attorneys for Defendants

Dated: November 9, 2017         GERAGOS & GERAGOS


                                By:/s/ Noah J. Geldberg
                                    Mark J. Geragos
                                    Noah J. Geldberg

                                Attorneys for Plaintiff and the Proposed Class

I, Michelle Floyd, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 9, 2017          SACKS, RICKETTS & CASE LLP


By:/s/ Michele Floyd
MICHELE FLOYD
Attorneys for Defendants


**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. Defendants Sony Interactive Entertainment LLC and Sony Interactive Entertainment America LLC's deadline to respond to the Complaint in this action is extended up to and including December 8, 2017.

2. The initial Case Management Conference will be held on: 3/1/18 at 9:30 a.m.

3. The parties shall file their Joint Case Management Conference Statement on or before: 2/22/18.


Dated: 11/15/17

Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen