SACKS, RICKETTS CASE LLP
Luanne Sacks (SBN 120811)
lsacks@srclaw.com
Michele Floyd (SBN 163031)
mfloyd@srclaw.com
Jacqueline E. Young (SNB 280374)
jyoung@srclaw.com
177 Post Street, Suite 650
San Francisco, CA 94018
Telephone: 415-549-0580
Facsimile: 415-415-549-0640

Attorneys for Defendants Sony Interactive
Entertainment LLC and Sony Interactive
Entertainment America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS THOMPSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC, a California Limited Liability Company; SONY INTERACTIVE ENTERTAINMENT AMERICA LLC, a California Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 3:17-CV-5051 EMC<br><br>**JOINT STIPULATION AND [PROP~~OS~~ED] ORDER REGARDING EXTENSION OF DISMISSAL DEADLINE**<br><br>[*N.D. Cal. L.R. 6-1(b) & 6-2*] |

Pursuant to Local Rules 6-1(b) and 6-2, IT IS HEREBY STIPULATED between and among Plaintiff Ross Thompson ("Plaintiff") and Defendants Sony Interactive Entertainment LLC and Sony Interactive Entertainment America LLC (collectively, "Defendants") as follows:

1. On February 1, 2018, Plaintiff and Defendants notified the Court that they had reached an agreement in principle on an individual basis that would result in a dismissal of this lawsuit, and the parties requested and the Court granted 21 days—up until February 22, 2018—to file dismissal documents. Dkt. Nos. 39-40.

2. The parties have worked diligently, but need a brief additional extension of time to file the dismissal documents. The parties have therefore agreed to seek an extension up to and including February 28, 2018 of the current dismissal deadline.

3. Prior to this stipulation, the parties stipulated to and the Court granted five extensions of Defendants' time to respond to the operative complaint and other deadlines to allow time for the parties to engage in informal settlement discussions. See Dkt Nos. 19, 22, 27-29, 34-35, 38-40. The requested extension does not alter any currently scheduled deadlines.

4. The parties therefore stipulate to and respectfully request that the Court enter an order extending the deadline to dismiss the action up to and including **February 28, 2018**.

**IT IS SO STIPULATED.**

Dated: February 22, 2018      SACKS, RICKETTS & CASE LLP

By:/s/ Michele Floyd
    LUANNE SACKS
    MICHELE FLOYD
    Attorneys for Defendants

Dated: February 22, 2018      GERAGOS & GERAGOS

By:/s/ Lori Feldman *(pro hac vice pending)*
    Mark J. Geragos
    Lori Feldman (*pro hac vice pending*)
    Noah J. Geldberg
    Attorneys for Plaintiff and the Proposed Class

-1-
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DISMISSAL DEADLINE
CASE NO. 3:17-CV-05051-EMC

I, Michelle Floyd, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 22, 2018        SACKS, RICKETTS & CASE LLP

By:/s/ Michele Floyd
MICHELE FLOYD
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 2/28/18

IT IS SO ORDERED
Judge Edward M. Chen